UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CAROL DRISCOLL,

                Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                Defendant.
-------------------------------------------------------------------- X

05 CV 1030 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

        The court has received the Report and Recommendation on the instant case dated March 3, 2006 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's complaint is dismissed without prejudice for lack of prosecution.

        SO ORDERED.

                                            Allyne R. Ross
                                            United States District Judge

Dated: March 24, 2006
           Brooklyn, New York

SERVICE LIST:

> *Counsel for Plaintiff:*
> John F. Clennan
> Law Office of John F. Clennan
> 2206 Ocean Avenue
> P.O. Box 1143
> Ronkonkoma, NY 11779

cc:  Magistrate Cheryl L. Pollak