UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAROL DRISCOLL,

                Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                Defendant.
-------------------------------------------------------------X

JUDGMENT
05-CV- 1030 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 27, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 3, 2006, after a de novo review of the record; and dismissing plaintiff's compliant, without prejudice, for lack of prosecution; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted in its entirety; and that plaintiff's complaint is dismissed, without prejudice, for lack of prosecution.

Dated: Brooklyn, New York
       March 28, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court